D. Michael Reilly, WSBA #14674
Steven D. Jensen, WSBA #26495
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendant Life Insurance
Company of North America

HONORABLE LONNY R. SUKO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

DWIGHT HOEHN,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign insurance company, in its capacity as administrator of the HANFORD EMPLOYEE WELFARE TRUST, a legal entity,

    Defendant.

No. CV-12-5066-LRS

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

THE COURT, having considered the Stipulated Motion for Dismissal With Prejudice, and being fully advised in the premises, NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follow:

Any and all claims and causes of action by plaintiff against defendant are hereby DISMISSED WITH PREJUDICE and without an award of costs or fees to any party.

ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL - 1
No. CV-12-5066-LRS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

120192.0077/5456387.1

1 | DATED this 17th day of August, 2012.

*s/Lonny R. Suko*

---
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/ Steven D. Jensen*
---
    D. Michael Reilly, WSBA No. 14674
    Steven D. Jensen, WSBA No. 26495
Lane Powell PC
1420 Fifth Ave., Ste. 4100
Seattle, WA 98101-2338
T: 206-223-7000/F: 206-223-7107
Email: jensens@lanepowell.com
Attorneys for Defendant
Life Insurance Company of North America

HAMES, ANDERSON & WHITLOW, P.S.

*[signature per email approval]*

By   *s/ Ray R. Whitlow*
---
    Ray R. Whitlow, WSBA #5399
Attorneys for Plaintiff
Hames, Anderson & Whitlow, P.S.
601 W. Kennewick Avenue
PO Box 5498
Kennewick, WA 99336
T: 509-586-7797
F: 509-586-3674
Email: rayw@hawlaw.com

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 2
No. CV-12-5066-LRS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

120192.0077/5456387.1